UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:14-CR-71 |
| : | |
| DAVID T. MACON : | |
| Defendant : | |

*O R D E R*

AND NOW, this 7th day of December, 2016, in accord with the accompanying memorandum, it is ORDERED that Defendant's motion (Doc. 35) to correct sentence pursuant to 28 U.S.C. § 2255 shall be held in abeyance until such time as the Supreme Court of the United States issues a decision in <u>Beckles v. United States</u>, 616 F. App'x 415 (11th Cir. 2015) (per curiam), <u>cert. granted</u>, 136 S. Ct. 2510 (2016) (mem.).

<u>/s/ William W. Caldwell</u>
William W. Caldwell
United States District Judge